UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA KWAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SANMEDICA INTERNATIONAL, LLC, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-03287-MEJ<br><br>**CORRECTION RE: ORDER GRANTING STIPULATION FOR EXTENSION OF TIME**<br><br>Re: Dkt. Nos. 18, 19-4 |

On October 3, 2014, the Court granted the parties' stipulation to continue certain deadlines in this case. However, it appears that the deadlines proposed by the parties do not comply with Civil Local Rule 7. Accordingly, the parties are advised that the briefing deadlines established in the October 3 order are VACATED. Defendants' Motion to Dismiss must be filed by October 9, 2014, and noticed for hearing in accordance with Rule 7. All briefing deadlines are adjusted accordingly. The Court shall schedule a case management conference, if necessary, after ruling on any motions to dismiss. The October 23, 2014 CMC and all related deadlines are VACATED.

**IT IS SO ORDERED.**

Dated: October 6, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge