# EXHIBIT B



# SeroVital-hgh

**[682% Mean Increase in HGH Levels*]**

> *It's clear that Growth Hormone has been associated with wrinkle reduction, decreased body fat, increased lean muscle mass, stronger bones, improved mood, heightened sex drive, and making users look and feel decades – not years, but DECADES – younger.*

CLINICALLY TESTED
**HUMAN GROWTH HORMONE SECRETAGOGUE***
MAXIMUM STRENGTH FORMULA

**PEAK GROWTH HORMONE LEVELS ASSOCIATED WITH:**
YOUTHFUL SKIN INTEGRITY • LEAN MUSCULATURE • ELEVATED ENERGY PRODUCTION
ADIPOSE TISSUE DISTRIBUTION

A SANMEDICA INTERNATIONAL FORMULATION



120 capsules

DIETARY SUPPLEMENT

Manufactured for
SanMedica International, LLC
Salt Lake City, UT 84116

If you or your health-care provider have any questions, please call: 1-800-898-5153.

Manufactured in the USA.

Individual results will vary.

Product resale allowed only through authorized representatives.

International distribution is not authorized without prior written approval.

Store at controlled room temperature: 15° to 30°C / 59° to 86°F

**NOTE:** For additional information on this or other SanMedica International products, please call our experienced customer service representatives at: 1-800-898-5153.

## Supplement Facts

Serving Size: 4 capsules
Servings Per Container: 30

| | Amount Per Serving | %Daily Value |
|---|---|---|
| SeroVital-hgh a Proprietary Blend Containing: | 2.9 g | |
| L-Lysine HCl | | † |
| L-Arginine HCl | | † |
| Oxo-Proline | | † |
| N-Acetyl L-Cysteine | | † |
| L-Glutamine | | † |
| Schizonepeta (aerial parts) Powder | | † |

†Daily value not established.

**Other Ingredients May Include:** Gelatin, Stearic Acid, Magnesium Stearate, Titanium Dioxide, Rice Flour, Microcrystalline Cellulose, Candurin Silver Fine, Yellow #5, Silicon Dioxide, Yellow #6.

**Directions for use:** Adults take 4 capsules by mouth on an empty stomach, either in the morning two hours before breakfast or two hours after dinner prior to bedtime. Do not exceed 4 capsules in any 24-hour period.

**WARNING:** Do not exceed suggested daily serving. Not for use by individuals under the age of 18 years. Consult your healthcare provider before taking this product if you are pregnant or nursing. **Use only as directed. Keep out of reach of children.**

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.